UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Case No. 09-60483-DDO

Danette Brannen and David Brannen,

      Debtors

## ORDER FOR RELIEF FROM STAY

This case is before the court on the motion of GMAC Mortgage, LLC seeking relief from the automatic stay. Based on all the files and records herein;

**IT IS HEREBY ORDERED,**

That the automatic stay heretofore entered in this case is modified to the extent necessary to allow GMAC Mortgage, LLC, its successors and/or assigns, to foreclose the mortgage on the real property, in accordance with state law, commonly known as:

The North 17 feet of Lot Twenty-six (26) and all of Lot Twenty-seven (27), as well as the South 23 feet of Lot Twenty-eight (28) in Block Two (2) in Pan Park Place Second Addition to the City of St. Cloud, In Stearns County, MN

**NOTWITHSTANDING** Federal Rule of Bankruptcy Procedure 4001 (a) (3), this order is effective immediately.

Dated: August 25, 2009

BY THE COURT:

/e/ Dennis D. O'Brien
Judge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/25/2009*
Lori Vosejpka, Clerk, By DC, Deputy Clerk